UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-11065
_____

JOHN HALKIAS, ET AL.,

Plaintiff,

JOHN HALKIAS,

Plaintiff-Appellee,

versus

GENERAL DYNAMICS CORPORATION,

Defendant-Appellant.

--------------------------------
JAMES ANTHONY CUREINGTON,

Plaintiff,

versus

GENERAL DYNAMICS CORPORATION,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Texas
( 92-CV-860 )
_____
October 22, 1996

Before BARKSDALE, EMILIO M. GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

For this action under the WARN ACT, 29 U.S.C. § 2101 *et seq.*, General Dynamics appeals the denial of its FED. R. CIV. P. 12(c) motion, claiming that this action is time-barred. We affirm. *See Staudt v. Glastron*, 92 F.3d 312 (5th Cir. 1996).

*AFFIRMED*

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.